UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LUX SKIN LAB, LLC.,<br><br>Defendant. | Case No. 2:21-cv-4937 |

### 1. NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michelle Tenzer-Fuchs hereby dismisses all claims alleged in the case, *Tenzer-Fuchs v. Lux Skin Lab, LLC.*, No. 2:21-cv-4937, with prejudice, and with each party bearing her and its own costs.

Dated:  October 24, 2021

Respectfully submitted,

/s/ Jonathan Shalom_____
Jonathan Shalom, Esq.
Shalom Law, PLLC
105-13 Metropolitan Avenue
Forest Hills, NY 11375
Tel.: (718) 971-9474

*Attorney for Plaintiff*
*Michelle Tenzer-Fuchs*

**SO ORDERED.**

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

The Clerk of the Court is directed to mark this case CLOSED.

Dated: October 25, 2021
       Central Islip

1